**WO** SVK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wayne Robert McCoy,  )<br>  )<br>  Petitioner,  )<br>  )<br>vs.  )<br>  )<br>  )<br>State of Arizona, et al.,  )<br>  )<br>  Respondents.  )<br>  )<br>_____ ) | No. CV 06-1146-PHX-MHM (HCE)<br><br>**ORDER** |

Petitioner filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This type of action requires either payment of a $5.00 filing fee, see 28 U.S.C. § 1914, or an application to proceed *in forma pauperis* without payment of the filing fee. Under Local Rule of Civil Procedure 3.5(b), a petitioner must pay the fee if he has more than $25.00 in his inmate account. If he has less than $25.00 in his account, he may apply to proceed *in forma pauperis*. The Court will allow Petitioner 30 days to cure this deficiency by either paying the $5.00 fee or applying to proceed *in forma pauperis*. To assist Petitioner, the Court will direct the Clerk of Court to send him the proper form for a habeas petitioner to apply to proceed *in forma pauperis*.

Petitioner should note that if he fails to timely comply with every provision of this Order, or any order entered in this matter, this action will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. See Ferdik v. Bonzelet, 963 F.2d 1258 (9th Cir. 1992) (district court may dismiss action for failure to comply with any court order).

JDDL

**IT IS THEREFORE ORDERED THAT:**

(1) Petitioner must either pay the $5.00 filing fee or file an Application to Proceed *In Forma Pauperis* within **30 days** from the date this Order is filed.

(2) The Clerk of Court shall enter a dismissal of this action without prejudice and without further notice to Petitioner, if he fails to comply.

(3) At all times during the pendency of this action, Petitioner shall immediately advise the Court of any change of address and its effective date. Such notice shall be captioned "NOTICE OF CHANGE OF ADDRESS." The notice shall contain only information pertaining to the change of address and its effective date. The notice shall not include any motions for any other relief. Petitioner shall serve a copy of the Notice of Change of Address on all opposing parties. Failure to file a Notice of Change of Address may result in the dismissal of the action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

(4) Aside from the required two copies of any petition or amended petition a clear, legible copy of every other document filed with the Clerk shall accompany each original document for use by the District Judge or Magistrate Judge to whom the case is assigned. Failure to comply with this requirement may result in the pleading or document being stricken without further notice to Petitioner.

(5) The Clerk of Court is directed to provide to Petitioner a copy of the form entitled "Application to Proceed *In Forma Pauperis* By a Prisoner (Habeas)."

DATED this 19th day of May, 2006.

_____
Mary H. Murgula
United States District Judge

_____
Name and Prisoner/Booking Number

_____
Place of Confinement

_____
Mailing Address

_____
City, State, Zip Code

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

_____,  )
                                 )
                     Petitioner, )  CASE NO. _____
                                 )
              vs.                )
                                 )         APPLICATION TO PROCEED
_____,  )           *IN FORMA PAUPERIS*
                  Respondent(s). )              BY A PRISONER
                                 )                (HABEAS)


    I, _____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

    In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently employed at the institution where you are confined?     ☐ Yes     ☐ No
   If "Yes," state the amount of your pay and where you work. _____
   _____
   _____

2. Do you receive any other payments from the institution where you are confined?     ☐ Yes     ☐ No
   If "Yes," state the source and amount of the payments. _____
   _____
   _____

3. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?      ❏ Yes     ❏ No
   If "Yes," state the sources and amounts of the income, savings, or assets. _____
   _____
   _____

I declare under penalty of perjury that the above information is true and correct.

_____        _____
DATE      SIGNATURE OF APPLICANT

---

CERTIFICATE OF CORRECTIONAL OFFICIAL
AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, _____, certify that as of the date applicant signed this application:
   (Printed name of official)

The applicant's trust account balance at this institution is: $_____.

_____
DATE     AUTHORIZED SIGNATURE     TITLE/ID NUMBER     INSTITUTION

2